UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
NANCY J. MANCINI
    Debtor

NO. 24-12919 AMC
CHAPTER 7

---

LYNN E. FELDMAN, TRUSTEE
    Plaintiff
vs
NANCY J. MANCINI,
KIMBERLY A. LAFFREDO
    Defendants

Adversary No. 24-00128 AMC

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MANCINI ONLY

In consideration of Plaintiff's Motion for Summary Judgment, upon a review of the record and there being no answer or other response to the Complaint despite service of the Complaint and Summons, it is ORDERED:

The Motion is granted. Judgment on the Adversary Complaint is entered in favor of Plaintiff, Lynn E. Feldman, Trustee, and against Defendant, Nancy J. Mancini, only. Remedies and damages to be assessed *sec. leg.*

Date:

BY THE COURT:

_____
Chief Bankruptcy Judge

**Date: December 19, 2024**